James R. YOCOM, Movant,

v.

BARTLEY & BARTLEY COAL COMPA-
NY, Orville Ratliff, and Workmen's
Compensation Board, Respondents.

Supreme Court of Kentucky.

Nov. 21, 1978.

Cyril E. Shadowen, Dept. of Labor, Louis-
ville, for movant.

William J. Baird, III, Kelsey E. Friend,
Pikeville, William L. Huffman, Workmen's
Compensation Bd., Frankfort, for respon-
dents.

OPINION AND ORDER

The motion of James R. Yocom, Commis-
sioner of Labor, Commonwealth of Ken-
tucky, and Custodian of the Special Fund,
for a review of the decision of the Court of
Appeals is granted.

The decision of the Court of Appeals ren-
dered May 27, 1977, is now vacated, and this
proceeding is remanded to the Court of
Appeals for reconsideration in light of this
court's opinion in *Transport Motor Express,
Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered
September 19, 1978.

All concur.